UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD E. GUNDERSON, JR.,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

Case No. C10-5514BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 3). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**; and

(2) Petitioner's informa pauperis status is **DENIED.**

DATED this 23rd day of September, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER