1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD E. GUNDERSON, JR., | Case No. C10-5514BHS/JRC |
| v. | ORDER TO FILE AN AMENDED PETITION |
| STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

    The petitioner in this action is seeking a habeas corpus relief from a state conviction. Thus, the petition is properly considered pursuant to 28 U.S.C. § 2254. Petitioner has named the State of Washington Department of Corrections as the respondent.

    A proper respondent is "the person having custody of the person detained." 28 U.S.C. § 2243. This person typically is the superintendent of the facility in which the petitioner is incarcerated. Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

    Petitioner is directed to file an amended complaint on the form provided by the court. The amended petition will act as a complete substitute for the original. The amended complaint

ORDER - 1

1 | will be due on or before December 3, 2010.  Failure to comply with this order will result in a
2 | Report and Recommendation that this action be dismissed

3 |       The Clerk is directed to mail a copy of this Order to petitioner and note the December 3,
4 | 2010, deadline on the court's calendar.

5 |       Dated this 22nd day of October, 2010.

*(signature)*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2