UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD EUGENE GUNDERSON Jr.,

        Petitioner,

  v.

ELEANOR VERNELL,

        Respondent.

Case No. C10-5514BHS/JRC

ORDER GRANTING
RESPONDENT'S REQUEST
FOR AN EXTENSION OF TIME
TO FILE AN ANSWER

      The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Rule MJR3 and MJR4.  Petitioner is seeking relief pursuant to 28 U.S.C. § 2254.

      Before the court is Respondent's motion for an extension of to file an answer (ECF No. 14).  Respondent states that there was a delay in obtaining the file from the Washington State Supreme Court (ECF No. 14). The answer was filed eleven days late on January 7, 2011.  Good cause being shown, the motion is GRANTED.

      Dated this 13th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1