# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RONALD E. GUNDERSON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>ELEANOR VERNELL,<br><br>    Defendant. | Case No. C10-5514BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED without prejudice**.

DATED this 30th day of March, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER