# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD E. GUNDERSON, JR.

      v.

ELEANOR VERNELL

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5514BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED without prejudice**.

| | |
|---|---|
| April 1, 2011 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |